■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID THOMAS, Appellant.—Judgment unanimously affirmed. Memorandum: We conclude that defendant's conviction was based on legally sufficient evidence and supported by the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). We further find that County Court properly denied defendant's motion to dismiss the indictment on the ground that he had been denied his right to a speedy trial (CPL 30.30). In reaching that conclusion, the court correctly excluded 93 days from the statutory six-month time period (CPL 30.30 [1] [a]) because defendant avoided apprehension, despite the diligent efforts of the police (CPL 30.30 [4] [c]; *see, People v Hudson,* 167 AD2d 950). Further, the trial court's admission of evidence of uncharged crimes did not violate the rule of *People v Molineux* (168 NY 264) because it explained the background and defendant's motive for the shooting *(see, e.g., People v White,* 168 AD2d 962; *People v Pucci,* 77 AD2d 916).

We have reviewed defendant's remaining contentions and find them to be without merit. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Possession Weapon, 2nd Degree.) Present—Dillon, P. J., Denman, Balio, Lawton and Lowery, JJ.